IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RYLIE EVANS,<br><br>        Plaintiff,<br><br>v.<br><br>SUNSHINE MINTING, INC.,<br><br>        Defendant. | Civil Action No. 2:18-cv-359-BLW<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE** |

Before the Court is the Plaintiff's and Defendant's Stipulated Motion to Dismiss with Prejudice. Having reviewed the motion and the file and pleadings herein, the Court finds that good cause exists to grant the stipulated motion. Accordingly, **IT IS HEREBY ORDERED:**

The Stipulated Motion to Dismiss with Prejudice is **GRANTED.** The Clerk of the Court is hereby **ORDERED** to close this case.

DATED: June 18, 2019

_____
B. Lynn Winmill
United States District Judge